IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES TUCKER; MINDY TUCKER;
RONALD HOLLARS; FRANCES
ANN HOLLARS; PHILLIP BERRY; and
PEGGY BERRY                                                          PLAINTIFFS

v.                              Nos.  1:11-cv-44-DPM
                                      1:11-cv-45-DPM

SOUTHWESTERN ENERGY CO.                                  DEFENDANT

## ORDER

Joint motion to dismiss Southwestern Energy based on the parties'

settlement, *Document No. 149*, is granted.  All claims of all plaintiffs against

Southwestern are dismissed with prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_29 August 2012_