IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES TUCKER; MINDY TUCKER;
RONALD HOLLARS; FRANCES
ANN HOLLARS; PHILLIP BERRY; and
PEGGY BERRY                                                                    PLAINTIFFS

v.                    Nos.   1:11-cv-44-DPM
                             1:11-cv-45-DPM

SOUTHWESTERN ENERGY CO.;
XTO ENERGY INC.; CHESAPEAKE
ENERGY CORP.; and BHP BILLITON
PETROLEUM (FAYETTEVILLE) LLC.                                                  DEFENDANTS

## JUDGMENT

The Tuckers' and Berrys' claims against XTO Energy are dismissed without prejudice. All claims against Chesapeake Energy, BHP Billiton Petroleum (Fayetteville), and Southwestern Energy are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 August 2012